IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE SCIENCE AND TECHNOLOGY
CORPORATION OF THE UNIVERSITY
OF NEW MEXICO,

      Plaintiff,

  vs.                                                                         No. CIV 09-310 RB/LFG

TOSHIBA AMERICA ELECTRONIC
COMPONENTS, INC. and TOSHIBA
CORPORATION,

      Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR ADDITION TIME TO SERVE SUMMONS AND COMPLAINT**

THIS MATTER came before the Court on Plaintiff The Science and Technology Corporation of the University of New Mexico's Unopposed Motion for Additional Time to Serve Summons and Complaint [Doc. 10], filed July 24, 2009.

Plaintiff states that is has been engaged in settlement negotiations with Defendants since shortly after the Complaint was filed, that there have been several meetings and/or teleconferences between the parties regarding settlement, and that "it has now become apparent that settlement is likely." Plaintiff therefore asks the Court to allow a 14-day extension of time in which to serve Defendant Toshiba America Electronic Components, Inc. and to begin the process of serving Defendant Toshiba Corporation.[1]

The Court finds that Plaintiff has shown good cause for an extension of time within which to effect service pursuant to FED. R. CIV. P. 4(m) and, Defendants having no objection,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Additional Time to

---

[1] Plaintiff states that Defendant Toshiba America Electronic Components, Inc. is a California corporation with a registered agent in this judicial district, but that Defendant Toshiba Corporation is a Japan corporation that will have to be served in accordance with the Hague Convention, and that service on the latter Defendant may take several months to effect.

Service Summons and Complaint [Doc. 10] is granted. The time for service is hereby extended by 14 days.

_Lorenzo F. Garcia_
Lorenzo F. Garcia
Chief United States Magistrate Judge